UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RICHARD DAVID OSAIN MARCHENA PEREZ,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF OF CLAY COUNTY, INDIANA, *et al.*,<br><br>Respondents. | ) | No. 2:26-cv-00733-JPH-MKK |

**ORDER**

Petitioner filed this habeas corpus action *pro se* and challenged his detention by federal immigration officials, arguing in part that his order of release on recognizance (OREC) was not properly revoked before his arrest. Dkt. 1 ¶¶ 39–41. Counsel appeared for Petitioner and filed a reply brief. Among other arguments, counsel argued that Petitioner's OREC was not properly revoked because the official who executed the revocation order lacked legal authority. Dkt. 12 at 9–12. Petitioner did not raise this issue in his Petition, so Respondents did not address this argument in their response. Because Petitioner filed his habeas petition *pro se*, the Court will consider the argument raised for the first time in his reply—that his OREC wasn't properly revoked because the official who executed the order lack authority to do so.

Respondents will have **through November 30, 2026**, to file a supplemental brief addressing whether Petitioner should be immediately released from detention because his OREC was not revoked by an official with

authority. *See* 8 C.F.R. § 1236.1(c)(9).[1] Petitioner will have **four days** to file any reply.

**SO ORDERED.**

Date: 11/20/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Angela S. Elleman
Indiana Federal Community Defender
angie_elleman@fd.org

Parvinder Kaur Nijjar
DOJ-USAO
parvinder.nijjar@usdoj.gov

[1] Although substantially similar, Petitioner cites 8 C.F.R. § 236.1(c)(9), which applies to individuals who (unlike Petitioner) have been ordered removed from the United States.